THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* CHARLES SIEKE, Appellant.

*People* v. *Sieke,* 181 App. Div. 889, affirmed.

(Argued December 11, 1917, decided January 8, 1918.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered November 9, 1917, which affirmed a judgment of the Court of Special Sessions of the city of New York, convicting the defendant of the crime of violating section 986 of the Penal Law, prohibiting poolselling, bookmaking, bets and wagers. Upon appeal defendant contended that the seizure of the book, papers, cards, etc., taken from the defendant's living apartments, without a search warrant, and the introduction of the same in evidence, over the objection of the defendant, violated section 8 of article 2 of the Civil Rights Law, known as the Bill of Rights of this state, and section 6 of article 1 of the State Constitution.

*Aaron P. Jetmore* for appellant.

*Harry E. Lewis, District Attorney (Ralph E. Hemstreet* of counsel), for respondent.

Judgment affirmed; the question of constitutional law argued by appellant was not raised on the trial; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, HOGAN, CARDOZO and ANDREWS, JJ. Dissenting: CRANE, J.